# Order

Michigan Supreme Court
Lansing, Michigan

September 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

151555

SARON E. MARQUARDT, Personal
Representative for the Estate of
SANDRA MARQUARDT,
              Plaintiff-Appellant,

v

VELLAIAH DURAI UMASHANKAR, MD,
              Defendant-Appellee,

and

JONATHAN HAFT,
              Defendant.
_____/

SC:  151555
COA:  319615
Washtenaw CC:  12-000621-NH

By order of November 23, 2016, the application for leave to appeal the March 26, 2015 judgment of the Court of Appeals was held in abeyance pending the decision in *Haksluoto v Mt Clemens Regional Medical Center* (Docket No. 153723).  On order of the Court, the case having been decided on June 27, 2017, 500 Mich ___ (2017), the application is again considered.  Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and REMAND this case to the Washtenaw Circuit Court for reconsideration in light of *Haksluoto*.

We do not retain jurisdiction.

WILDER, J., did not participate because he was on the Court of Appeals panel.



a0920

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2017



Clerk